IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANET HENDRICKS,                          )
                                          )      2:03-cv-00148-GEB-AC
               Plaintiff,                 )
                                          )
        v.                                )      ORDER
                                          )
FACTORY 2-U STORES, INC.,                 )
                                          )
               Defendant.                 )
_____             )

        The Order filed January 22, 2004, directed Defendant to "file
a document notifying th[e] Court within five days" of "the [automatic]
stay [being] lifted." (ECF No. 13.)

        Nothing has been filed either party concerning the status of
the bankruptcy stay since the January 22, 2004 Order was filed.
Therefore, the parties shall file a joint status report no later than
April 12, 2013, in which they are required to explain the status of the
bankruptcy proceedings. If the automatic stay has been lifted, the
parties shall address all pertinent subjects set forth in Local Rule
240.  Failure to respond to this order may result in the dismissal of
this action.

        IT IS SO ORDERED.

Dated:  April 1, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge