IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANET HENDRICKS,

Plaintiff,

v.

FACTORY 2-U STORES, INC.,

Defendant.

2:03-cv-00148-GEB-AC

ORDER

The Order filed January 22, 2004, directed Defendant to “file a document notifying th[e] Court within five days” of “the [automatic] stay [being] lifted.” (ECF No. 13.)

Nothing has been filed either party concerning the status of the bankruptcy stay since the January 22, 2004 Order was filed. Therefore, the parties shall file a joint status report no later than April 12, 2013, in which they are required to explain the status of the bankruptcy proceedings. If the automatic stay has been lifted, the parties shall address all pertinent subjects set forth in Local Rule 240. Failure to respond to this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: April 1, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge